**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL HUPP,<br><br>    Petitioner,<br><br>v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>    Respondent.<br>_____ | Case No. ED CV 15-1268-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

DATED: October 8, 2015    _____
                                      HONORABLE VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE