JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Respondent. | Case No. ED CV 15-1268-VAP (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 8, 2015___

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE